OPINION — AG — SUBSEQUENT ENACTMENT OF SENATE BILL NO. 122 DID NOT REPEAL BY IMPLICATION ANY PART OF 21 O.S. 1961 1021 [21-1021] OR SENATE BILL NO. 144, IT WOULD BE FURTHER THE OPINION OF THE AG THAT AN INFORMATION ALLEGING THAT THE ACTS CONCERNED WERE COMMITTED WILFULLY AND LEWDLY WOULD BE SUFFICIENT TO WITHSTAND A DEMURRER BASED ON THE GROUNDS THAT ONLY A MISDEMEANOR IS ALLEGED. CITE: 21 O.S. 1961 1040.8 [21-1040.8] (HUGH COLLUM)